THE STATE, EX REL. RHODES, APPELLANT, *v.* VAN BROCKLIN, APPELLEE.

[Cite as State, ex rel. Rhodes, *v.* Van Brocklin (1988), 36 Ohio St. 3d 236.]

(No. 88-17—Decided May 11, 1988.)

*Vincent C. Rhodes, pro se.*

*Gary L. Van Brocklin,* prosecuting attorney, and *Mary Jane Stephens,* for appellee.

On the basis that appellant has an adequate remedy at law, the judgment of the court of appeals dismissing the complaint in mandamus (case No. 87 CA 176) is affirmed.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

---

BRADFORD ET AL., APPELLANTS, *v.* ZAHN ET AL., APPELLEES.

[Cite as Bradford *v.* Zahn (1988), 36 Ohio St. 3d 236.]

(No. 87-1166—Decided May 11, 1988.)

*Nukes & Perantinides Co., L.P.A., Paul G. Perantinides* and *Linda Tucci Teodosio,* for appellants.

*Buckingham, Doolittle & Burroughs* and *Gary A. Banas,* for appellees.

The judgment of the court of appeals (case No. 12871) is reversed on authority of *Hershberger* v. *Akron City Hosp.* (1987), 34 Ohio St. 3d 1, 516 N.E. 2d 204; see, also, *Hardy* v. *VerMeulen* (1987), 32 Ohio St. 3d 45, 512 N.E. 2d 626; *Gaines* v. *Preterm-Cleveland, Inc.* (1987), 33 Ohio St. 3d 54, 514 N.E. 2d 709. The cause is remanded to the trial court for further proceedings.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.